IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAPI, LLC, an Oregon limited liability Company, dba Papi Chulo's Restaurant, Individually and on behalf of all others similarly situated, | No. 3:21-cv-00405-JR  ORDER |
| Plaintiffs, | |
| v. | |
| THE CINCINNATI INSURANCE COMPANY, an Ohio corporation, | |
| Defendant. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Russo issued a Findings and Recommendation on November 10, 2021, in which she recommends that the Court grant Defendant's Motion to Dismiss and dismiss this case with prejudice. F&R, ECF 24. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [24]. Accordingly, Defendant's Motion to Dismiss [9] is granted and this case is dismissed with prejudice. Pending motions are denied as moot.

IT IS SO ORDERED.

DATED: ___February 16, 2022___.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER