IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAPI, LLC, an Oregon limited liability                No. 3:21-cv-00405-JR
Company, dba Papi Chulo's Restaurant,
Individually and on behalf of all others             JUDGMENT
similarly situated,

                    Plaintiffs,

        v.

THE CINCINNATI INSURANCE
COMPANY, an Ohio corporation,

                    Defendant.

HERNÁNDEZ, District Judge:

        Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed

with prejudice. Pending motions are denied as moot.


        DATED:____February 16, 2022_____.


                                        _____
                                        MARCO A. HERNÁNDEZ
                                        United States District Judge


1 – JUDGMENT